IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-257-D

| | |
|---|---|
| DANIEL R. STEVENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| E.I. DUPONT DE NEMOURS ) | |
| AND COMPANY, ) | |
| ) | |
| Defendant. ) | |

The court has reviewed the record. Defendant's motion to dismiss plaintiff's complaint [D.E. 6] is DISMISSED as moot. Defendant's motion to stay regarding order for discovery plan [D.E. 11] is GRANTED. The discovery plan is due 30 days after this court decides defendant's motion to dismiss plaintiff's first amended complaint. Plaintiff's motion for leave to file under seal plaintiff's first amended complaint with attached exhibits A through C [D.E. 13] is GRANTED. Plaintiff's motion to remand [D.E. 15] is DENIED. See 28 U.S.C. § 1331. Plaintiff's motions for leave to file [D.E. 31, 32] are DENIED because plaintiff did not comply with this court's local rules.

SO ORDERED. This _2_ day of November 2015.

                                                                  JAMES C. DEVER III
                                                                  Chief United States District Judge