UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| DANIEL R. STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 5:15-CV-257-D |
| | ) | |
| E.I. DUPONT DE NEMOURS AND COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the defendant's motion to dismiss is GRANTED, and the court DISMISSES plaintiff's amended complaint for failure to state a claim upon which relief can be granted. Defendant's motion to strike plaintiff's demand for a jury trial is DISMISSED as moot. The clerk shall close the case.

**This Judgment Filed and Entered on November 16, 2015, and Copies To:**

| | |
|---|---|
| Daniel R. Stevens | (via US Mail to: 5904 Terrington Lane, Raleigh NC 27606) |
| Susan P. Dion | (via CM/ECF electronic notification) |
| Meredith A. Pinson | (via CM/ECF electronic notification) |

| | | |
|---|---|---|
| DATE | **JULIE RICHARDS JOHNSTON, CLERK** | |
| November 16, 2015 | By: | /s/ Crystal Jenkins |
| | | Deputy Clerk |